IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WARREN GERBER,                          :
           Petitioner,          :          1:12-cv-0907
                              :
    v.                                :          Hon. John E. Jones III
                              :
PA ATTORNEY GENERAL, *et al.*,   :
           Respondents.        :

## ORDER

**November 30, 2015**

Upon consideration of the petition for writ of habeas corpus (Doc. 1), and

for the reasons set forth in this Court's Memorandum of the same date, **IT IS**

**HEREBY ORDERED THAT**:

1.    The petition for writ of habeas corpus (Doc. 1) is DISMISSED.

2.    The Clerk of Court is directed to CLOSE this case.

3.    There is no basis for the issuance of a certificate of appealabilty. *See* 28 U.S.C. § 2253(c)(1)(A).

s/ John E. Jones III
John E. Jones III
United States District Judge